**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

Luna LaToya Bey / Aladdin Moroc Bey
(Enter Above the Name of the Plaintiff in this Action)
(Claimant)

vs.                                    3 : 21 cv 124

Sheriff Robert Michael Streck
(Enter above the name of the Defendant in this Action)
(Respondent)
If there are additional Defendants, please list them:

_____

_____

_____

_____

CLAIM (FOR) Civil Case

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
             the court may contact you and mail documents to you.  A telephone number is required.

Luna LaToya Bey / Aladdin Moroc Bey
Name - Full Name Please - PRINT

C/o 137 South Jersey Street
Street Address

Dayton Territory, Ohio Republic [near 45403]
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Robert Michael. Streck (Sheriff)
   Name - Full Name Please

   Brookville Territory, Ohio Republic near [45309
   Address: Street, City, State and Zip Code

2. _____
   _____

3. _____
   _____

4. _____
   _____

5. _____
   _____

6. _____
   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>                                    <u>Caption</u>

_____          _____ vs. _____

_____          _____ vs. _____

_____          _____ vs. _____

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct.  Executed on

this \_\_\_\_\_ day of _____, 20\_\_\_\_.

_____
Signature of Plaintiff