# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LUNA LATOYA BEY, et al.          :

    Plaintiffs,                              Case No. 3:21-cv-124
                                          District Judge Walter H. Rice
- vs -                                        Magistrate Judge Michael R. Merz

SHERRIFF ROBERT MICHAEL STRECK,

    Defendant.          :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 8) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the complaint is DISMISSED without prejudice for lack of prosecution and this case is TERMINATED on the docket of this Court.

March 31, 2022.

                                                                   Walter H. Rice
                                                                    United States District Judge